## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
## DAVENPORT DIVISION

| | |
|---|---|
| BRIONNA DAVIS,<br><br>   Plaintiff,<br><br>v.<br><br>SLUMBERLAND, INC. and JAMES (JIM) SMITH,<br><br>   Defendants. | CASE No.<br><br>**COMPLAINT<br>AND JURY DEMAND** |

COMES NOW, Brionna Davis, by and through counsel, and hereby brings her causes of action against Slumberland, Inc. and James (Jim) Smith and states to the Court as follows:

### INTRODUCTION

1. This is an action under and pursuant to the Title VII of the Civil Rights Act of 1964 ("Title VII").

2. Under Title VII, Plaintiff is protected from discriminatory practices and harassment based on her sex.

### PROCEDURAL REQUIREMENTS

3. Plaintiff filed her sexual harassment complaint, and complaint of constructive discharge, with the Iowa Civil Rights Commission, cross-filed with the Equal Employment Opportunity Commission, on March 4, 2024, within the 300-day limitations period from the last harassment act alleged.

4. On June 19, 2024, the Iowa Civil Rights Commission administratively closed the case.

5. On July 10, 2024, Plaintiff appealed the ICRC's decision; the appeal remains

1

pending.

6. On September 13, 2024, less than ninety days prior to the filing of this Complaint, the U.S. Equal Opportunity Commission issued a Right to Sue Letter.

## JURISDICTION AND VENUE

7. This Court has jurisdiction under 28 U.S.C. §1331 as this is a civil action arising under federal law and pendent jurisdiction of the state claims under 28 U.S.C. § 1367.

8. Venue in the Southern District Court in Iowa is proper under 28 U.S.C. § 1391 as a substantial part of the events or omissions giving rise to this claim occurred in Des Moines County, Iowa.

9. The unlawful acts of which Plaintiff complains occurred in Des Moines County, Iowa.

## PARTIES

10. Plaintiff Brionna Davis is female, African American, 30-years-old and all times material hereto, was a citizen and resident of Des Moines County, Iowa.

11. At all times material hereto, Defendant Slumberland, Inc. was a furniture retail company with its headquarters and principal place of business in Oakdale, Minnesota, with a location in Burlington, Des Moines County, Iowa.

12. At all times material hereto, Defendant James ("Jim") Smith was the Store Manager at Slumberland. On information and belief, he is a citizen and resident of Des Moines County, Iowa.

13. Under the doctrine of *respondeat superior*, Corporate Defendant is liable for any damages caused to Plaintiff by the conduct of Defendant Smith, or in the alternative, under the principles of ostensible agency, Corporate Defendant is legally liable for any damages caused to

Plaintiff by the conduct of Defendant Smith.

## FACTUAL BACKGROUND

14. Defendant Slumberland, Inc. is a furniture retail company with a location in Burlington, Iowa.

15. Plaintiff Davis is an African American, 30-year-old female. She started employment with Slumberland on April 25, 2023, as a Sales Representative.

16. Immediately upon being offered a job with Slumberland on April 12, 2023, Jim Smith sent Brionna text messages amounting to sexual harassment. Jim texted, "[s]o if I said you were beautiful[,] you wouldn't be offended . . . if I said I wanted to see more of . . . what's under those clothes?"

17. Brionna did not respond to the inappropriate sexual advances to which Jim responded, "I assume I went too far there? I apologize!!!!" Jim told Brionna that he would keep it more professional moving forward.

18. While giving Brionna a tour of the store on her first day of work, Jim put his hands on Brionna's shoulder and caressed her. Brionna, uncomfortable with Jim' unprofessional behavior, tried to get out of his reach, to which he responded by frowning and acting as if nothing had happened.

19. Later in the tour, Jim took Brionna to the back storage room where he put his arm around Brionna's waist. Brionna quickly stepped back and asked him "[w]hat are you doing" before explaining that the situation made her very uncomfortable. Jim responded "I'm trying to get to know you . . . I apologize."

20. On April 26, 2023, Brionna was sitting at her computer when Jim came up to her and began rubbing her shoulders asking, "[h]ow are you holding up?" Brionna told him that she

was fine in the hope that it would get him to leave her alone.

21. On multiple occasions, Jim invited Brionna to go on a smoke break with him so that he could get some one-on-one alone time with her.

22. While completing her new employee training, coworkers warned Brionna that Jim tended to say disgusting things, and was often encouraged by other employees, who were not victims of his harassment, to do so.

23. Jim would swear in the store frequently and make many inappropriate comments such as telling Brionna "[l]ook at you looking damn good today" or "that's my favorite color."

24. As a new employee, Brionna did not know how or who to report Jim' sexual harassment to as he oversaw the entire store.

25. Brionna was constructively discharged on May 15, 2023, as a result of the continued sexual harassment and discrimination she experienced.

26. Slumberland, Inc. and Jim Smith engaged in a pattern and practice of sexual harassment and discrimination.

**COUNT I – SEX DISCRIMINATION AND HARASSMENT IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964
AGAINST CORPORATE DEFENDANTS ONLY**

27. Section 703(a) of Title VII of the Civil Rights Act of 1964, as amended, prohibits employers from discriminating against an employee because of such individual's sex.

28. Plaintiff experienced discrimination and harassment based on her sex as set forth above.

29. Defendants engaged in the above noted conduct because of Plaintiff's sex.

30. The Defendants' violations of Title VII of the 1964 Civil Rights Act are the cause of Plaintiff's injuries.

31. As a result of the Defendants' actions, Plaintiff has suffered, and will continue to suffer, past and future loss of wages, benefits, and other emoluments of employment, past and future emotional distress, anxiety, fear, loss of enjoyment of life, and other damages.

32. Defendants' unlawful actions were intentional, willful, malicious, and/or done with reckless disregard to Plaintiff's federally protected rights.

WHEREFORE, Plaintiff prays for the following relief:

a) That Defendants' conduct be declared to be in violation of Plaintiff's rights as outlined by Title VII of the 1964 Civil Rights Act;

b) That Defendants and their employees, agents, attorneys, successors and assigns, and those acting in concert therewith be enjoined from any conduct violating Plaintiff's rights or the rights of others similarly situated as secured by Title VII of the 1964 Civil Rights Act, and that the Court order such other injunctive relief as necessary to prevent Defendants from continuing their discriminatory practices and to protect others similarly situated;

c) That Plaintiff be awarded compensatory damages;

d) That Plaintiff be made whole by providing her compensation for the past and future emotional distress, and other affirmative relief;

e) That Plaintiff be awarded punitive damages in an amount sufficient to punish Defendants and to deter them and others from similar conduct in the future;

f) That Plaintiff be awarded reasonable attorneys' fees and costs incurred in prosecuting this action; and

g) That Plaintiff be awarded such additional and further relief as is just and proper.

**JURY DEMAND**

Plaintiff hereby demands a trial by jury of all the issues arising out if the matters pled herein.

*/s/ Roxanne Conlin*
ROXANNE CONLIN AT0001642
TYLER K. ADAMS AT0014549
ROXANNE CONLIN & ASSOCIATES, P.C.
3721 SW 61st Street, Suite C
Des Moines, IA 50321-2418
Phone: (515) 283-1111; Fax: (515) 282-0477
Email: roxanne@roxanneconlinlaw.com
        tadams@roxanneconlinlaw.com
cc: dpalmer@roxanneconlinlaw.com

ATTORNEYS FOR PLAINTIFF